**Michael Ranis, Attorney at Law**
*Co-Lab Goshen*
*45 St. John Street*
*Goshen, New York 10924*
*(914)584-6445*
*mranislaw@gmail.com*

MEMO ENDORSED

May 23, 2022

By ecf

Judge Kenneth M. Karas
United States District Judge
United States District Court
300 Quorrapas Street
White Plains, New York

**Re: Saint-Vil v. Highland Rehabilitation,. Civ. No. 7:21-7643(KMK)**

Dear Judge Karas:

I write on behalf of the plaintiff Magalie Saint-Vil regarding the Order to Show Cause scheduled for May 25, 2022 at 11:30 a.m.

I write to request that the Order to Show Cause be stricken. I spoke today with counsel for Highland Rehabilitation, and I write here with his consent, as his firm has not yet appeared, but will do so shortly. We agreed that defendant would file an Answer no later than June 30, 2022, if that is acceptable to the Court.

If that is acceptable, plaintiff proposes that it would be efficient to strike the scheduled Order to Show Cause.

Granted.

The Court will hold an initial telephone conference on 7/14/22, at 10:30 Mr. Ranis is to notify opposing counsel of the date and time for this conference.

So Ordered.
5/23/22

Respectfully submitted,

s/Michael Ranis

Michael Ranis
Counsel for Magalie Saint-Vil

Co-Lab Goshen
45 St. John St.
Goshen, New York 10924

(914) 584-6445

Case 7:21-cv-07643-KMK   Document 22   Filed 05/23/22   Page 2 of 2

Cc: Brian Wilson, Esq.
    Counsel for Defendant Highland Rehabilitation (by email)