**MEMO ENDORSED**

**Michael Ranis, Attorney at Law**
*Co-Lab Goshen*
*45 St. John Street*
*Goshen, New York 10924*
*(914)584-6445*
*mranislaw@gmail.com*

July 8, 2022

By ecf

Judge Kenneth M. Karas
United States District Judge
United States District Court
300 Quorrapas Street
White Plains, New York

   Re: **Saint-Vil v. Highland Rehabilitation,. Civ. No. 7:21-7643(KMK)**

Dear Judge Karas:

  I write on behalf of the plaintiff Magalie Saint-Vil regarding the teleconference scheduled in this matter for July 14, 2022 at 10:30 a.m.

  The parties jointly request an adjournment of the scheduled Rule 16 preliminary conference. Now that defendant has answered the Complaint, the case has been referred to the Mediation Program, as part of the Second Amended Standing Order requiring early mediation of employment discrimination cases. We likely all find that that is always a very helpful – and for me, welcome – process.

  I have conferred with defendant's counsel Gregory R. Bennett, Esq., and the parties jointly request that the Rule 16 conference be adjourned until after such time that the mediation session has been concluded. At that time, the parties will be in a better position to propose a discovery schedule, if that is necessary.

  Thank you for your assistance in having moved this case into a more constructive posture, at least from the plaintiff's point of view.

Granted. The conference is adjourned
to 10/27/22, at 12:00

So Ordered.
*[signature]*
7/8/22

Respectfully submitted,

s/Michael Ranis

Michael Ranis
Counsel for Magalie Saint-Vil

Co-Lab Goshen
45 St. John St.
Goshen, New York 10924

(914) 584-6445

Cc: Gregory Bennett, Esq., Counsel for Defendant Highland Rehabilitation (by email)